# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**RODNEY HENRY**                                                                                           **PLAINTIFF**

v.                              No: 3:22-cv-00186-PSH

**STEVE FRANKS,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Plaintiff Rodney Henry initiated this lawsuit by filing a *pro se* complaint pursuant to 42 U.S.C. § 1983 on July 21, 2022, while he was a pretrial detainee held at the Greene County Detention Center ("GCDC") (Doc. No. 2).[1] He subsequently filed an amended complaint (Doc. No. 8). Both complaints were served on Defendants Steve Franks and Robert Case (the "Defendants"). *See* Doc. No. 9. Henry alleges his due process rights were violated when he was assigned to punitive segregation with no disciplinary hearing in May and October of 2021. *See* Doc. No. 8.

Defendants filed a motion for summary judgment, a brief in support, and a statement of facts asserting that they are entitled to judgment as a matter of law on the merits of Henry's claims (Doc. Nos. 26-28). Henry filed pleadings in response

---

[1] Henry is currently incarcerated at the Lee U.S. Penitentiary. *See* Doc. No. 40.

(Doc. Nos. 32-33).  The Court has requested supplemental briefing on one issue and will decide the Defendants' motion for summary judgment by separate order.

Henry also filed a motion for summary judgment and brief in support (Doc. Nos. 30-31).  Henry's one-page motion for summary judgment and one-page brief restates his argument that he should have been afforded a hearing before being deprived of privileges or placed in confinement.  Doc. Nos. 30-31.  As plaintiff, Henry bears the burden of proof; however, he provides no evidence to prove his allegations.  Additionally, Henry did not file a "separate, short and concise statement of the material facts as to which [he] contends there is no genuine dispute to be tried" as required by Local Rule 56.1.  For these reasons, Henry's motion for summary judgment is DENIED.

IT IS SO RECOMMENDED this 26th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE