IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RODNEY HENRY**                                                                                          **PLAINTIFF**

**VS.**                            **CASE NO. 3:22-cv-00186 PSH**

**STEVE FRANKS,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Before the Court is a Joint Stipulation of Dismissal (Doc. No. 60). The parties have entered into a settlement agreement and seek an order dismissing this case with prejudice. The material terms of the agreement have been read into the record. Doc. No. 59. This case is dismissed with prejudice. The Court will retain jurisdiction for thirty days to enforce the terms of the settlement agreement, if necessary.

IT IS SO ORDERED this 3rd day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE