# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RODNEY HENRY**                                                                  **PLAINTIFF**

**VS.**                         **CASE NO. 3:22-cv-00186 PSH**

**STEVE FRANKS**, *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 3rd day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE